No. 253.  UNITED STATES *v.* PULLMAN COMPANY ET AL.;

No. 254.  OTIS & Co. *v.* UNITED STATES ET AL.;

No. 255.  CHESAPEAKE & OHIO RAILROAD Co. ET AL. *v.* UNITED STATES ET AL.; and

No. 256.  GLORE, FORGAN & Co. *v.* UNITED STATES ET AL.  Argued March 11, 12, 13, 1947.  Decided March 31, 1947.  *Per Curiam:* The judgment is affirmed by an equally divided Court.  MR. JUSTICE JACKSON took no part in the consideration or decision of these cases.  *Holmes Baldridge* argued the cause for the United States.  With him on the brief were

*Acting Solicitor General Washington* and *Assistant Attorney General Berge. Thurman Arnold* argued the cause for appellant in No. 254. With him on the brief was *Arne C. Wiprud. Robert J. Bulkley* argued the cause for appellants in No. 255. With him on the brief were *Frank J. Meistrell* and *Herbert G. Pillen. Leo F. Tierney* argued the cause for appellant in No. 256. With him on the brief was *Louis A. Kohn. George Wharton Pepper* argued the cause for the Pullman Company et al., appellees. With him on the brief were *Ralph M. Shaw, Seth W. Richardson, Lowell M. Greenlaw, Frederick H. Spotts* and *Guy A. Gladson. Jacob Aronson* argued the cause for the railroad appellees. With him on the brief were *Emmett E. McInnis, Sydney R. Prince, Harold H. McLean, Henry L. Walker* and *Albert Ward.* Appearances were entered by *Francis H. Scheetz* for appellant in No. 256; *John Dickinson* for the Atchison, Topeka & Santa Fe Railway Co. et al.; and *Leo J. Hassenauer, V. C. Shuttleworth* and *H. E. Wilmarth* for the Order of Railway Conductors of America, appellees.